IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-00185-03-CR-W-GAF |
| ) | |
| ARLESTER E. SCOTT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is defendant's Motion to Dismiss the Superseding Indictment (Doc. #209). On November 3, 2014, United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing on defendant's motion.

On February 24, 2015, Judge Maughmer issued his Report and Recommendation (Doc. #236). On March 11, 2015, Defendant's Objections to the Report and Recommendation (Doc. #241) were filed.

Upon careful and independent review of the pending motion, defendant's objections to the Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss the Superseding Indictment (Doc. #209) is OVERRULED and DENIED.

SO ORDERED.

/s Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: March 16, 2015